## LORD, SHERIFF, V. PARMELA.

The sheriff has no right to take a bond that his prisoner shall abide in gaol, until he pays the gaoler for his board.

The sum claimed by the plaintiff on trial, to remain unpaid, being under £20 has no influence upon the right of appeal.

ACTION on bond for £130, conditioned that one Sharp should abide a faithful prisoner and not depart said gaol until he had paid said execution, sheriff's and gaoler's fees, and also paid the gaoler for victualing him, etc.    Damage £130.    Plea *nil debet*.    Issue to the jury.

It was admitted on the trial that the execution and lawful fees were paid; but that there remained due about £4 for victuals, board, etc.

By the COURT.    That part of the condition is illegal and void; and verdict was for the defendant.

Plaintiff moved in arrest — That no more than £4 was claimed to be due; which did not bring the cause within the jurisdiction of this court, the cause was appealed by the defendant.

Judgment — That the motion in arrest is insufficient. The bond and demand is £130. The plaintiff's admission upon the trial, that the execution and cost was paid, supersedes the necessity of proof, but doth not alter the jurisdiction of the court, which appears of record, nor the right of the parties. Besides, it would be allowing the plaintiff to take advantage of his own wrong.